**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **IN RE: Jason D. Haugh** <br>                                **Debtor(s)** <br><br> **Global Lending Services LLC** <br>                                **Movant** <br>    **vs.** <br><br> **Jason D. Haugh** <br>                                **Respondent(s)** | **BK NO. 19-20812 CMB** <br><br> **Chapter 13** <br><br> **Related to Document No. 9** <br><br> **Hearing Date: September 16, 2019 at 1:00pm** |

## OBJECTION OF GLOBAL LENDING SERVICES LLC
## TO CONFIRMATION OF CHAPTER 13 PLAN

Global Lending Services LLC ("Movant") objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1. Movant's claim is secured by a first lien on the title to Debtor's 2009 GMC Yukon, VIN: 1GKFK03239R170027 ("Vehicle").

2. On August 15, 2019, Movant filed a secured proof of claim in the amount of $21,096.68, including forth pre-petition arrears in the amount of $550.01, with an annual interest rate of 12.950000%.

3. Debtor's Plan proposes to modify the amount of Movant's secured claim pursuant to 11 U.S.C. § 506 to $14,375.00, to be paid at the modified interest rate of 5.0%.

4. Debtor purchased the Vehicle on July 6, 2018. A copy of the Note is attached hereto as Exhibit "A".

5. Movant's claim is a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910-day period preceding the date of the filing of the petition, and the collateral for the debt consists of a motor vehicle acquired for the personal use of the debtor.

6. Movant's secured claim is not subject to modification, pursuant to the hanging paragraph of 11 U.S.C. § 1325.

7. The modified interest rate proposed in Debtor's Plan is not in compliance with *Till v. SCS Credit Corporation*, 541 U.S. 465 (2004).

8. Debtor's Plan understates the amount of the Movant's claim by $6,721.68, and does not provide sufficient funding to pay said claim including present value interest.

9. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Movant.

10. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Movant, Global Lending Services LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: August 30, 2019

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant