**\*FILING FEE PAID\***   Yes   No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Haugh_ JAD/TPA/(CMB)/GLT

Case Number: _19-20812_

Date of Meeting: _9/16/19_ Recording # _13_

Debtor(s) present _✓_ or Not Present ____ (____No Payments Made or ____ partial payments)

Attorney for debtor(s) _Bash_ _____ (Present ____ or Not Present ____)

Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

DSO obligation
Divorce final
child support 4 children
18, 15 & 15 & 11
↳ just ended, 30 day

Asked for

2019 SEP 18

Can't show
proof of
payment

____ Meeting HELD and CONCLUDED

_✓_ Meeting HELD but CONTINUED (not closed)

____ Meeting NOT HELD   _____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)\*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_✓_ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
_____ 341 Meeting   OR _____ Conciliation Conf. OR _____ Contested Hearing
On _11/21/19_ at _3:00_ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee