# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
**Debtor:** JASON D. HAUGH
**Case Number:** 19-20812-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 21, 2019 03:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:
#38 - Continued Confirmation of Plan Dated 8/13/2019 (N)
R / M #:  38 / 0

### Appearances:
Debtor: Bash
Trustee: Winnecour / (Pail) Katz / DeSimone
Creditor:

### Proceedings:
Outcome:

Wambrodt —
Global lending

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
        Objections are due on or before _____.
        A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 12/18/19 at 10:00.
10. _____ Other:

No payments.



NOV 26 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

11/14/2019  1:07:12PM