## PROCEEDING MEMO

Date: 12/18/2019 10:00 am

In re:   Jason D. Haugh

                                                Bankruptcy No. 19-20812-CMB
                                                Chapter: 13
                                                Doc. # 38

Appearances:   Bleasdale, Esq.

                Katz /

Nature of Proceeding: #38 Contested Plan Hearing re Chapter 13 Plan Dated 08/13/2019.

Additional Pleadings:   #45 Objeciton of Wells Fargo to Confirmation
                                    #47 Objeciton of Global Lending Services to Confirmation
                                    #50  Minutes of 341 meeting
                                    #54 Conciliation Conference Minutes

Judge's Notes:

conciliation to be held 2/6/20 at 3:00

FILED
12/18/19 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                              Carlota M. Böhm
                                                               Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20812-CMB
Jason D. Haugh                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw              Page 1 of 1           Date Rcvd: Dec 18, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db             +Jason D. Haugh,    615 Paulownia Drive,    Leechburg, PA 15656-9419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
        George M Conway    on behalf of U.S. Trustee    Office of the United States Trustee
         george.m.conway@usdoj.gov
        James    Warmbrodt    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
        Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
         dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Suzanne M. Bash    on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com,    sooz1205@yahoo.com
        Thomas    Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                               TOTAL: 7