# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JASON D. HAUGH |
| **Case Number:** | 19-20812-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 06, 2020 03:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#38 - Continued Confirmation of Plan dated 8/13/2019 (N)

**R / M #:**  38 / 0

### *Appearances:*

*Geisler*

Debtor:
Trustee:  Winnecour /  (Pail) /  Katz /  DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _5/21/20_ at _1:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __X__ Other:   THE 341 meeting is closed

**FILED**

FEB 1 0 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA