# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JASON D. HAUGH
- Case Number: 19-20812-CMB   Chapter: 13
- Date / Time / Room: THURSDAY, MAY 21, 2020 01:30 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#38 Continued Confirmation of Plan Dated 8/13/2019 (N)
#45 Objection of wells Fargo Bank
#47 Objection of Global Lending Services LLC
R / M #: 38 / 0

**Appearances:** Bash

- Debtor:
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __8-6-20__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

D lost income under covid-19.
Case may need to convert.

FILED
5/26/20 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020   2:36:50PM