**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason D. Haugh**
Debtor(s)

Bankruptcy Case No.: 19−20812−CMB
Per 8/6/2020 proceeding
Chapter: 13
Docket No.: 61 − 38, 60
Concil. Conf.: October 22, 2020 at 03:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 8/13/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 22, 2020 at 03:00 PM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☑ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PHFA (Cl #14) wells Fargo (Cl #12) .

- ☑ H. Additional Terms: The secured claim of the following creditors shall govern as to claim amount, to be paid at the modified plan interest in a monthly amount to be determined by Trustee to pay in full: Harley Davidson (Cl #9)

*(2.)* ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 11, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                         Case No. 19-20812-CMB
Jason D. Haugh                                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw                    Page 1 of 2              Date Rcvd: Aug 11, 2020
                               Form ID: 149                  Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
```
db          +Jason D. Haugh,    615 Paulownia Drive,    Leechburg, PA 15656-9419
15003807    +Bank of America,    4909 Savarese Circle,    FL1-908-01-50,    Tampa, FL 33634-2413
15003808    +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
15003809    +Citibank,    Centralized Bankruptcy/Citicorp,    Credit Services,    P.O. Box 790034,
              Saint Louis, MO 63179-0034
15003815    +HSBC Bank Nevada, NA,    PO Box 2013,    Buffalo, NY 14240-2013
15104666    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
15003816    +JN Portfolio Debt Equities,    Attn: Bankruptcy,    5757 Phantom Drive, Suite 225,
              Hazelwood, MO 63042-2429
15038693   #+Jamie L. Haugh,    4268 Shearsburg Road,    New Kensington, PA 15068-6844
15003819    +Pennsylvania Department of Revenue,    228 Walnut Street,    Harrisburg, PA 17101-1714
15064457     State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15003825    +THD/CBNA,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,    P.O. Box 790034,
              Saint Louis, MO 63179-0034
15067731     UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15067732     UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15003826   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank National Association,    425 Walnut Street,
              Cincinnati, OH 45202)
15003828   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
              Frederick, MD 21701)
15003827   ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
             (address filed with court:   Wells Fargo Bank,    Attn: Bankruptcy Dept.,    P.O. Box 6429,
              Greenville, SC 29606)
15131378     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
15120385     Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
              1000 Blue Gentian Road,    Eagan, MN, 55121-7700
15003829    +Wells Fargo/Bob's Discount Furniture,    Attn: Bankruptcy,    P.O. Box 10438,
              Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2020 04:44:04
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15003810    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 04:30:40      Comenity Bank/Buckle,
              Attn: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
15003811    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 12 2020 04:32:15      Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
15032426     E-mail/Text: mrdiscen@discover.com Aug 12 2020 04:30:28     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15003812    +E-mail/Text: mrdiscen@discover.com Aug 12 2020 04:30:28     Discover Financial Services,
              Attention Bankruptcy,    P.O. Box 3025,    New Albany, OH 43054-3025
15003813     E-mail/Text: bankruptcy@glsllc.com Aug 12 2020 04:30:19     Global Lending Service,
              Attn: Bankruptcy,    P.O. Box 10437,    Greenville, SC 29603
15105268     E-mail/Text: bankruptcy@glsllc.com Aug 12 2020 04:30:19     Global Lending Services LLC,
              1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
15003814    +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 12 2020 04:31:40      Harley Davidson Financial,
              Attention Bankruptcy, P.O. Box 22048,    Carson City, NV 89721-2048
15104989     E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 12 2020 04:32:33      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15003817    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 12 2020 04:32:32      Merrick Bank,
              Attention: Bankruptcy,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
15003818    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2020 04:31:11     Midland Funding,
              2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
15003820     E-mail/Text: blegal@phfa.org Aug 12 2020 04:31:14     Pennsylvania Housing Finance Agency,
              ATTN: Bankruptcy,    P.O. Box 8029,    Harrisburg, PA 17105
15071546     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2020 04:43:32
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15125378    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 04:44:01      PYOD, LLC,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15125976    +E-mail/Text: blegal@phfa.org Aug 12 2020 04:31:14     Pennsylvania Housing Finance Agency,
              211 North Front Street,    Harrisburg, PA 17101-1406
15003821    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2020 04:43:41
              Portfolio Recovery,    Attn: Bankruptcy,    P.O. Box 41021,    Norfolk, VA 23541-1021
15095666     E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2020 04:30:46
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
15095665     E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2020 04:30:46
              Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
              Kirkland, WA 98083-0788
15003822    +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Aug 12 2020 04:30:38
              State Farm Financial,    1 State Farm Plaza,    Bloomington, IL 61710-0001
15004202    +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 04:32:46     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-2         User: dsaw                  Page 2 of 2                  Date Rcvd: Aug 11, 2020
                             Form ID: 149                Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15003823        +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 04:32:46      Synchrony Bank,    P.O. Box 965022,
                 Orlando, FL 32896-5022
15003824        +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 04:32:46      Synchrony Bank/Amazon,
                 P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Global Lending Services LLC
cr              Wells Fargo Bank, N.A.
cr*            +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
cr*             State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
```
              George M Conway    on behalf of U.S. Trustee   Office of the United States Trustee
               george.m.conway@usdoj.gov
              James  Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com,  sooz1205@yahoo.com
              Thomas  Song    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                               TOTAL: 7
```