IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Jason D. Haugh
      Debtor

Bankruptcy No. 19-20812-CMB
Chapter 13

Movant

Document No. 61-38, 60.

v.

Respondent (if none, then "No Respondent")

RECEIVED
2020 AUG 25 A 11:22
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name: Jamie L Haugh

Incorrect Address: 4268 Shearsburg Rd
New Kensington, PA 15068

Corrected Address:

Creditor Name: Jamie L Haugh

Correct Address: 934 Talon Court
Leechburg, PA 15656

Dated  8/20/2020

Jamie L Haugh
724-448-7123
8/20/20.

Electronic Signature of Debtor(s)' Attorney

Typed Name

Address

Phone No.

Bar I.D. and State of Admission