# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JASON D. HAUGH |
| **Case Number:** | 19-20812-CMB   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 22, 2020 03:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

## Matter:

#38  Final Confirmation of Plan dated 8/13/2019 (FNC)

R / M #:  38 / 0

*Brian Nicholas Esq. - Global Lending Svcs*

## Appearances:

Debtor:

Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____, The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __11/5/20__ at __2:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Debtor's counsel having medical tests; reg. Contin., creditor did not obj. to a continuance.*

FILED
10/27/20 7:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA