Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason D. Haugh**
    Debtor(s)

Bankruptcy Case No.: 19−20812−CMB
11/5/2020
Chapter: 13
Docket No.: 67 − 38, 66
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 8/13/2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $4007.00 as of 11/2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Wells Fargo (Cl#15) at 0%, Wells Fargo (Cl. 12−2), PHFA (Cl#14), Harley Davidson (Cl#9) with payment determined by Trustee .

☑ H.    Additional Terms: Attorney fees are "No Look" based on retainer of $0.00. The secured claim of the following Creditor shall govern as to claim amount, to be paid at the modified plan terms: Global Lending (Cl. #11), assuming 506 unsuccessful.

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 10, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20812-CMB |
| Jason D. Haugh | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: Nov 10, 2020 | Form ID: 149 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason D. Haugh, 615 Paulownia Drive, Leechburg, PA 15656-9419 |
| 15003807 | + | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 15003808 | + | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15003809 | + | Citibank, Centralized Bankruptcy/Citicorp, Credit Services, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15003815 | + | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15104666 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15003816 | + | JN Portfolio Debt Equities, Attn: Bankruptcy, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 15038693 | + | Jamie L. Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |
| 15003819 | + | Pennsylvania Department of Revenue, 228 Walnut Street, Harrisburg, PA 17101-1714 |
| 15064457 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003825 | + | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15067731 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15067732 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15003826 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, 425 Walnut Street, Cincinnati, OH 45202 |
| 15003828 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15003827 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept., P.O. Box 6429, Greenville, SC 29606 |
| 15131378 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15120385 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 15003829 | + | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2020 04:02:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 11 2020 03:52:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15003811 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 11 2020 04:02:15 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15032426 | | Email/Text: mrdiscen@discover.com | Nov 11 2020 03:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15003812 | + | Email/Text: mrdiscen@discover.com | Nov 11 2020 03:52:00 | Discover Financial Services, Attention Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15003813 | | Email/Text: bankruptcy@glsllc.com | Nov 11 2020 03:52:00 | Global Lending Service, Attn: Bankruptcy, P.O. Box 10437, Greenville, SC 29603 |
| 15105268 | | Email/Text: bankruptcy@glsllc.com | Nov 11 2020 03:52:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |

Case 19-20812-CMB    Doc 69    Filed 11/12/20    Entered 11/13/20 00:40:00    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 149 | Total Noticed: 41 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15003814 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 11 2020 03:53:00 | Harley Davidson Financial, Attention Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 15104989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 11 2020 04:03:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15003817 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 11 2020 04:03:31 | Merrick Bank, Attention: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15003818 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 11 2020 03:53:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15003820 | | Email/Text: blegal@phfa.org | Nov 11 2020 03:53:00 | Pennsylvania Housing Finance Agency, ATTN: Bankruptcy, P.O. Box 8029, Harrisburg, PA 17105 |
| 15071546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2020 04:03:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15125378 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2020 04:03:36 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15125976 | + | Email/Text: blegal@phfa.org | Nov 11 2020 03:53:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15003821 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2020 04:03:35 | Portfolio Recovery, Attn: Bankruptcy, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15095666 | | Email/Text: bnc-quantum@quantum3group.com | Nov 11 2020 03:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15095665 | | Email/Text: bnc-quantum@quantum3group.com | Nov 11 2020 03:52:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15003822 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Nov 11 2020 03:52:00 | State Farm Financial, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 15003823 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2020 04:00:49 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15004202 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2020 04:03:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003824 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2020 04:00:49 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Global Lending Services LLC |
| cr | | Wells Fargo Bank, N.A. |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | * | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 149 | Total Noticed: 41 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

**Name**                       **Email Address**

Brian Nicholas
  on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com

George M Conway
  on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Leon P. Haller
  on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Suzanne M. Bash
  on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com  sooz1205@yahoo.com

Thomas Song
  on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

TOTAL: 7