IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-20812 CMB |
| Jason D. Haugh | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Claim No. 12 |

ORDER OF COURT

On April 30, 2021 Wilmington Savings Fund society FSB, as Trustee of Juniper Mortgage Loan Trust filed a Notice of Mortgage Payment Change regarding Claim No. 12.  On or before May 21, 2021, in compliance with W.PA.LBR 3002-4(b), the Debtor(s) were required to file an Amended Chapter 13 Plan, a Declaration certifying that the existing Chapter 13 Plan is sufficient to pay the new payment amount, or an Objection to the Notice.  To date, the Debtor(s) have failed to comply with W.PA.LBR 3002-4(b).

AND NOW, this 1st day of July, 2021, it is hereby ORDERED, ADJUDGED and DECREED that a Rule to Show Cause Hearing is scheduled to be held via the Zoom Video Conference Application ("Zoom") on **August 10, 2021 at 3:30 p.m**., before The Honorable Carlota M. Böhm to explain the failure to comply with W.PA.LBR 3002-4(b).  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time:  https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  Only a limited time of ten (10) minutes is being provided on the calendar.

ALL HEARING PARTICIPANTS ARE REQUIRED TO APPEAR BY ZOOM AND SHALL REVIEW AND COMPLY WITH THE UNDERSIGNED'S ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding the connection, contact Judge Böhm's Chambers.

_____
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/1/21 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: Suzanne M. Bash, Esq.
    Wilmington Savings Fund Society

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20812-CMB
Jason D. Haugh  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dsaw  Page 1 of 2
Date Rcvd: Jul 01, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason D. Haugh, 615 Paulownia Drive, Leechburg, PA 15656-9419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mario J. Hanyon
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Suzanne M. Bash
    on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com  sooz1205@yahoo.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

TOTAL: 8