**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jason D. Haugh**
  Debtor(s)

Bankruptcy Case No.: 19−20812−CMB

Chapter: 13
Docket No.: 81 − 80
Concil. Conf.: September 23, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **August 30, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 13, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **September 23, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 14, 2021

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20812-CMB |
| Jason D. Haugh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: Jul 14, 2021 | Form ID: 410 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason D. Haugh, 615 Paulownia Drive, Leechburg, PA 15656-9419 |
| 15340765 | | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003807 | + | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 15341171 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |
| 15003815 | + | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15104666 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15003816 | + | JN Portfolio Debt Equities, Attn: Bankruptcy, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 15038693 | + | Jamie L. Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |
| 15003819 | + | Pennsylvania Department of Revenue, 228 Walnut Street, Harrisburg, PA 17101-1714 |
| 15003821 | + | Portfolio Recovery, Attn: Bankruptcy, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15064457 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15067731 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15067732 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15003828 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15003827 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept., P.O. Box 6429, Greenville, SC 29606 |
| 15131378 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15120385 | \# | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 15003829 | + | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2021 23:13:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003808 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2021 23:23:50 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15003809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2021 23:23:50 | Citibank, Centralized Bankruptcy/Citicorp, Credit Services, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15003810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2021 23:14:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15003811 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2021 23:13:42 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15032426 | | Email/Text: mrdiscen@discover.com | Jul 14 2021 23:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15003812 | + | Email/Text: mrdiscen@discover.com | Jul 14 2021 23:14:00 | Discover Financial Services, Attention |

Case 19-20812-CMB    Doc 82    Filed 07/16/21    Entered 07/17/21 00:29:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: 410 | Total Noticed: 43 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15003813 | | Email/Text: bankruptcy@glsllc.com | Jul 14 2021 23:14:00 | Global Lending Service, Attn: Bankruptcy, P.O. Box 10437, Greenville, SC 29603 |
| 15105268 | | Email/Text: bankruptcy@glsllc.com | Jul 14 2021 23:14:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 15003814 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 14 2021 23:14:00 | Harley Davidson Financial, Attention Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 15003822 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jul 14 2021 23:14:00 | State Farm Financial, 1 State Farm Plaza, Bloomington, IL 61710 |
| 15104989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2021 23:13:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15003817 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2021 23:13:42 | Merrick Bank, Attention: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15003818 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2021 23:14:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15003820 | | Email/Text: blegal@phfa.org | Jul 14 2021 23:14:00 | Pennsylvania Housing Finance Agency, ATTN: Bankruptcy, P.O. Box 8029, Harrisburg, PA 17105 |
| 15071546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2021 23:13:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15125378 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2021 23:13:30 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15125976 | + | Email/Text: blegal@phfa.org | Jul 14 2021 23:14:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15095666 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2021 23:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15095665 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2021 23:14:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15003823 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 23:13:26 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15004202 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 23:13:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003824 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 23:13:08 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15003825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2021 23:23:56 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15003826 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 14 2021 23:14:00 | U.S. Bank National Association, 425 Walnut Street, Cincinnati, OH 45202 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Global Lending Services LLC |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| cr | | Wells Fargo Bank, N.A. |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | * | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2021           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mario J. Hanyon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Suzanne M. Bash | on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com  sooz1205@yahoo.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com |

TOTAL: 8