# PROCEEDING MEMO

**Date: 08/10/2021 03:30 pm**

**In re:** Jason D. Haugh

                                                                 Bankruptcy No. 19-20812-CMB
                                                                Chapter: 13
                                                                Doc. # 78

**Appearances:** Suzanne M. Bash (not present), Ronda Winnecour

**Nature of Proceeding:** #78 Rule hearing re Notice of Mortgage Payment Change (Claim # 12)

**Additional Pleadings:** Notice of Mortgage Payment Change

**Judge's Notes:**
OUTCOME: Continued to 9/14 at 1:30 pm.
-Chambers will call Attorney Bash to inquire as to why she did not appear.

                                                                  **Carlota Böhm**
                                                                  **Chief U.S. Bankruptcy Judge**

FILED
8/11/21 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20812-CMB |
| Jason D. Haugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason D. Haugh, 615 Paulownia Drive, Leechburg, PA 15656-9419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mario J. Hanyon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: dsaw     Page 2 of 2

Date Rcvd: Aug 11, 2021     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Suzanne M. Bash
    on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com sooz1205@yahoo.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com

TOTAL: 8