Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jason D. Haugh** | : | Case No. 19−20812−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

　　　　　*AND NOW,* this ***The 31st of August, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

　　　　　(1)　The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

　　　　　(2)　Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

　　　　　(3)　The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

　　　　　(4)　The Clerk shall give notice to all creditors of this dismissal.

　　　　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20812-CMB |
| Jason D. Haugh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: Aug 31, 2021 | Form ID: 309 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason D. Haugh, 615 Paulownia Drive, Leechburg, PA 15656-9419 |
| 15341171 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |
| 15104666 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15003816 | + | JN Portfolio Debt Equities, Attn: Bankruptcy, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 15038693 | + | Jamie L. Haugh, 934 Talon Court, Leechburg, PA 15656-9510 |
| 15003819 | + | Pennsylvania Department of Revenue, 228 Walnut Street, Harrisburg, PA 17101-1714 |
| 15003821 | + | Portfolio Recovery, Attn: Bankruptcy, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15067731 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15067732 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15003827 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept., P.O. Box 6429, Greenville, SC 29606 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Sep 01 2021 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15340765 | | EDI: BL-BECKET.COM | Sep 01 2021 03:38:00 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003807 | + | EDI: BANKAMER.COM | Sep 01 2021 03:38:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 15003808 | + | EDI: CITICORP.COM | Sep 01 2021 03:38:00 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15003809 | + | EDI: CITICORP.COM | Sep 01 2021 03:38:00 | Citibank, Centralized Bankruptcy/Citicorp, Credit Services, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15003810 | + | EDI: WFNNB.COM | Sep 01 2021 03:38:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15003811 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2021 23:34:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15032426 | | EDI: DISCOVER.COM | Sep 01 2021 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15003812 | + | EDI: DISCOVER.COM | Sep 01 2021 03:38:00 | Discover Financial Services, Attention Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15003813 | | Email/Text: bankruptcy@glsllc.com | Aug 31 2021 23:35:00 | Global Lending Service, Attn: Bankruptcy, P.O. Box 10437, Greenville, SC 29603 |
| 15105268 | | Email/Text: bankruptcy@glsllc.com | Aug 31 2021 23:35:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |

Case 19-20812-CMB   Doc 86   Filed 09/02/21   Entered 09/03/21 00:30:43   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 309 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15003815 | + | EDI: HFC.COM | Sep 01 2021 03:38:00 | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15003814 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 31 2021 23:35:00 | Harley Davidson Financial, Attention Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 15003822 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 31 2021 23:35:00 | State Farm Financial, 1 State Farm Plaza, Bloomington, IL 61710 |
| 15104989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2021 23:34:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15003817 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2021 23:34:33 | Merrick Bank, Attention: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15003818 | + | EDI: MID8.COM | Sep 01 2021 03:38:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15003820 | | Email/Text: blegal@phfa.org | Aug 31 2021 23:35:00 | Pennsylvania Housing Finance Agency, ATTN: Bankruptcy, P.O. Box 8029, Harrisburg, PA 17105 |
| 15071546 | | EDI: PRA.COM | Sep 01 2021 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15125378 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 23:44:54 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15125976 | + | Email/Text: blegal@phfa.org | Aug 31 2021 23:35:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15095666 | | EDI: Q3G.COM | Sep 01 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15095665 | | EDI: Q3G.COM | Sep 01 2021 03:38:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15064457 | | EDI: BECKLEE.COM | Sep 01 2021 03:38:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003823 | + | EDI: RMSC.COM | Sep 01 2021 03:38:00 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15004202 | + | EDI: RMSC.COM | Sep 01 2021 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003824 | + | EDI: RMSC.COM | Sep 01 2021 03:38:00 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15003825 | + | EDI: CITICORP.COM | Sep 01 2021 03:38:00 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15003826 | | EDI: USBANKARS.COM | Sep 01 2021 03:38:00 | U.S. Bank National Association, 425 Walnut Street, Cincinnati, OH 45202 |
| 15003828 | | EDI: WFFC.COM | Sep 01 2021 03:38:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15120385 | + | EDI: WFFC.COM | Sep 01 2021 03:38:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 15131378 | | EDI: WFFC.COM | Sep 01 2021 03:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15003829 | + | EDI: WFFC.COM | Sep 01 2021 03:38:00 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 33

| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 309 | Total Noticed: 43 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Global Lending Services LLC |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| cr | | Wells Fargo Bank, N.A. |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | * | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mario J. Hanyon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Suzanne M. Bash | on behalf of Debtor Jason D. Haugh suzannembash@yahoo.com sooz1205@yahoo.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com |

TOTAL: 8