**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JASON D. HAUGH | Case No.: 19-20812 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/01/2019 and confirmed on 08/11/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,839.99 |
| Less Refunds to Debtor | 326.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,513.62 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,412.45 | |
| Trustee Fee | 2,584.05 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,996.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PHFA(*) | 0.00 | 7,431.27 | 0.00 | 7,431.27 |
| Acct: 2846 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 25,946.33 | 0.00 | 25,946.33 |
| Acct: 4923 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 2,931.03 | 0.00 | 0.00 | 0.00 |
| Acct: 4923 | | | | |
| PHFA(*) | 1,147.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2846 | | | | |
| WELLS FARGO BANK NA | 2,052.89 | 0.00 | 0.00 | 0.00 |
| Acct: 9309 | | | | |
| GLOBAL LENDING SERVICES LLC | 21,096.68 | 4,073.86 | 2,588.57 | 6,662.43 |
| Acct: 7273 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 2,241.45 | 1,335.84 | 141.25 | 1,477.09 |
| Acct: 4146 | | | | |
| | | | | 41,517.12 |
| **Priority** | | | | |
| SUZANNE M BASH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JASON D. HAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON D. HAUGH | 326.37 | 326.37 | 0.00 | 0.00 |
| Acct: | | | | |
| SUZANNE M BASH ESQ | 4,000.00 | 2,412.45 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMIE L HAUGH | 2,156.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5944 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6571 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR JHP | 11,113.83 | 0.00 | 0.00 | 0.00 |
| Acct: 2431 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0113 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 189.64 | 0.00 | 0.00 | 0.00 |
| Acct: 8785 | | | | |
| PYOD LLC | 389.64 | 0.00 | 0.00 | 0.00 |
| Acct: 3652 | | | | |
| DISCOVER BANK(*) | 21,411.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9927 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,387.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5372 | | | | |
| MERRICK BANK | 537.75 | 0.00 | 0.00 | 0.00 |
| Acct: 5186 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AFNI INC | 19,349.01 | 0.00 | 0.00 | 0.00 |
| Acct: 1183 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3110 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8137 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6859 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 13,996.34 | 0.00 | 0.00 | 0.00 |
| Acct: 1119 | | | | |
| WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5984 | | | | |
| WELLS FARGO BANK NA | 2,800.31 | 0.00 | 0.00 | 0.00 |
| Acct: 9309 | | | | |
| UPMC HEALTH SERVICES | 909.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3695 | | | | |
| UPMC PHYSICIAN SERVICES | 166.02 | 0.00 | 0.00 | 0.00 |
| Acct: 3695 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0865 | | | | |
| STATE FARM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-20812 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    MIDLAND FUNDING | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 41,517.12 |
| TOTAL CLAIMED | | |
| PRIORITY | 2,156.00 | |
| SECURED | 29,469.05 | |
| UNSECURED | 74.250.31 | |

Date: 09/30/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com